UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WILLIAM L. EDWARDS,

                  Plaintiff(s),

**ORDER**

17-cv-5018 (PMH)

v.

HENRY DANIELS et. al.,

                  Defendant(s),

---------------------------------------------------------X

The Court held a case management conference today, at which plaintiff, who is proceeding pro se and in forma pauperis, appeared by telephone, and counsel for defendant(s) appeared by telephone. Accordingly, it is HEREBY ORDERED:

For the reasons set forth at today's conference, plaintiff's outstanding discovery requests (see Doc. 148) are DENIED, except as follows:

3-4,
6-9.    RULING DEFERRED. Defense counsel shall provide the Court, via email, within 1 week of the date of said Order, copies of the directives/policies referenced in requests 3, 4, 6, 7, 8, and 9, after which the Court will determine whether Defense counsel must provide these documents to Plaintiff.

28.    GRANTED. Defense counsel shall provide Plaintiff a new HIPAA authorization for Plaintiff's medical records at Fishkill. Once received, the Plaintiff is to sign and send back to Defense counsel. Once completed, Defense counsel shall provide Plaintiff any correspondence between Plaintiff and Sing Sing Correctional Facility's Office of Mental Health Unit Chief, exchanged in August or September 2014, to the extent such correspondence exist.

33.    GRANTED. Defense counsel shall provide the Court, within 30 days of the date of said Order, a response as to whether a "Tracking Sheet" exists. To the extent such document exists, Defense counsel shall provide Plaintiff with a copy.

Further, to the extent Plaintiff is able to obtain the documents in requests 11, 12 and 14, Plaintiff shall provide copies to Defense counsel.

The next conference will be scheduled once the Court receives and reviews the requested documents from Defense counsel.

Copies mailed by Chambers to the pro se Plaintiff.

Dated: New York, New York
      April 30, 2020

SO ORDERED:

_____
Philip M. Halpern
United States District Judge