UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM L. EDWARDS,

                Plaintiff,

-against-

LT. HENRY M. DANIELS, et al.,

                Defendants.

**ORDER**

17-CV-05018 (PMH)

PHILIP M. HALPERN, United States District Judge:

    As there has been no activity on this docket since July 3, 2020, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by October 23, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:  New York, New York
          October 14, 2020

_____
PHILIP M. HALPERN
United States District Judge