UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 25 2021
U.S.D.C.
W.P.

William L. Edwards
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 cv 5018 (PMH)( )

-against-

Anthony J. Annucci, et- AL
_____
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of A[ppellate Procedure]
to file a notice of appeal in this action. I would like t[he judgment]
entered in this action on  3-30-21  but did not fil[e within the]
                              date
time period because:

> Application denied as moot. Plaintiff filed a Notice of Appeal on June 25, 2021 (Doc. 186) and the Mandate dismissing the appeal was issued by the Second Circuit on November 4, 2021 (Doc. 187).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 185 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 6, 2021

I did not receive my copy of the dismissal order until I receive my copy of my docket sheet. Nor did the defendant's notify me of this order.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: June 19, 2021

Signature: William L. Edwards

Name (Last, First, MI): William L. Edwards

Address: (U.C.B.C.) 1 Halleck St.  City: Bronx  State: N.Y.  Zip Code: 10474

Telephone Number: _____

E-mail Address (if available): Chyllwyll8@gmail.com

Rev. 12/23/13